UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MARINE TRAVELIFT INC,

      Plaintiff,

v.                                         Case No. 10-C-1046

MARINE LIFT SYSTEMS INC,

      Defendant.

**ORDER GRANTING IN PART AND DENYING IN PART
DEFENDANT'S MOTION TO COMPEL**

This matter having come before the Court on November 28, 2011, for the hearing on the Defendant's Motion to Compel, and the Court having considered the arguments of counsel and indicated its ruling on the record, IT IS NOW ORDERED AS FOLLOWS:

1. The Motion to Compel plaintiff to produce a privilege log identifying the documents withheld based on attorney-client privilege is GRANTED IN PART AND DENIED IN PART. Plaintiff must produce a privilege log for documents responsive to defendants discovery requests that are withheld under any asserted privilege. However, plaintiff need not produce a privilege log for documents withheld from production in discovery in this case that are standard attorney work product, such as drafts of pleadings, notes or memoranda, or other standard attorney-client communications, including emails, within the law firms of plaintiff's attorneys, between plaintiff's attorneys, or between plaintiff's attorneys and plaintiff, unless such documents have been disclosed to third parties not within the attorney-client relationship. In addition, in regard to the meeting minutes requested by the defendant in its second set of document requests to plaintiff, plaintiff will either produce the meeting minutes to defendant or, if any meeting minutes are withheld from production on the basis of attorney-client or work product privilege, provide a privilege log for them.

2. Defendant's motion to compel plaintiff to specifically identify documents responsive to individual interrogatories is GRANTED.

Dated this __6th__ day of December, 2011.

                                                s/ William C. Griesbach
                                              William C. Griesbach
                                              United States District Judge