UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

___

MARINE TRAVELIFT, INC.,

      Plaintiff,

  -v-                                          Case No. 10-C-1046

MARINE LIFT SYSTEMS, INC.,

      Defendant.

___

**ORDER ON PLAINTIFF'S MOTION FOR ADDENDUM TO PROTECTIVE ORDER HEARD ON FEBRUARY 10, 2012**

___

The above-captioned matter having come before the Court for hearing on February 10, 2012, upon Plaintiff Marine Travelift, Inc.'s Civil L.R. 7(h) Expedited Non-Dispositive Motion for Entry of Addendum to Protective Order; and Plaintiff having appeared by its co-counsel, Attorneys Grant C. Killoran and Kenneth G. Calewarts, and Defendant having appeared by its attorney, Attorney Nicholas D. Harken; and the Court having reviewed the briefs and other materials submitted by the parties in support of and in opposition to Plaintiff's motion, having heard the arguments of counsel for the parties, and having placed its decision on the record (ECF No. 58);

**NOW, THEREFORE, IT IS ORDERED** that Plaintiff's motion is **GRANTED**. The Court will enter an Addendum to the Protective Order (ECF No. 14) previously entered by the Court on May 2, 2011.

Dated this  20th  day of February, 2012.

                                                        BY THE COURT:

                                                        s/ William C. Griesbach
                                                        Honorable William C. Griesbach
                                                        District Court Judge