UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MARINE TRAVELIFT, INC.,

        Plaintiff,

   -v-

     Case No. 10-CV-001046

MARINE LIFT SYSTEMS, INC.,

        Defendant.

**ORDER ON DEFENDANT'S MOTION TO COMPEL DISCOVERY
HEARD FEBRUARY 10, 2012**

The above-captioned matter having come before the Court for hearing on February 10, 2012, upon Defendant Marine Lift Systems, Inc.'s Motion to Compel Discovery of certain documents requested in its Second Set of Written Interrogatories and Requests for Production of Documents to Plaintiff Marine Travelift, Inc.; and Plaintiff having appeared by its co-counsel, Attorneys Grant C. Killoran and Kenneth G. Calewarts, and Defendant having appeared by its attorney, Attorney Nicholas D. Harken; and the Court having reviewed the briefs and other materials submitted by the parties in support of and in opposition to Defendant's motion, having heard the arguments of counsel for the parties, and having placed its decision on the record (*see* Docket Item #58);

**NOW, THEREFORE, IT IS ORDERED** that Defendant's Motion is **GRANTED IN PART**. Plaintiff shall produce documents requested in Document Requests No. 1, 3, 7 and 8 of Defendant's Second Set of Written Interrogatories and Request for Production of Documents to Plaintiff within 30 days of the February 10, 2012 hearing, or on or before March 11, 2012. The Court reserves its decision at this time as to whether it will grant or deny Defendant's motion as it

relates to Defendant's Document Request No. 2, which requests Plaintiff to produce certain tax returns, and this portion of Defendant's motion is held in abeyance.

Dated this   1st   day of March, 2012.

BY THE COURT:

s/ William C. Griesbach
William C. Griesbach
United States District Judge