# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MARINE TRAVELIFT, INC.,

        Plaintiff,

    v.                                 Case No. 10-C-1046

MARINE LIFT SYSTEMS, INC.,

        Defendant.

## ORDER REGARDING MOTION [116] TO FILE UNDER SEAL

The plaintiff has filed a motion to exclude the expert opinions of defendant's expert John G. Peters. The plaintiff also filed a motion to seal (ECF No. 116), portions of its brief in support of its motion to exclude, and five exhibits in support of its brief. Plaintiff's request is based on the fact that the exhibits themselves have been designated as confidential by the defendant pursuant to the parties' Protective Order. As explained in the Court's previous orders to show cause, the party who has designated the material as confidential has the burden of proof on the question of whether it should be maintained under seal now that it has been filed with the Court. That party must provide the Court with good cause to maintain the material under seal within the next fifteen days. Failure to do so will result in the documents being unsealed.

Dated this   8th   day of February, 2013.

                                      s/ William C. Griesbach
                                   William C. Griesbach, Chief Judge
                                   United States District Court