UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MARINE TRAVELIFT, INC.,

    Plaintiff,

v.   Case No. 10-C-1046

MARINE LIFT SYSTEMS, INC.,

    Defendant.

**ORDER DENYING AS MOOT [369] MOTION TO SUPPLEMENT**

Plaintiff Marine Travelift, Inc. (MTI) previously moved to supplement the record with the transcript of the telephonic hearing held July 2, 2013, and this relief was granted. (ECF No. 352.) MTI now asks for the same relief because it has since filed an amended notice of appeal. Since the transcript has already been added to the record, no further relief appears necessary at this time. MTI's motion is therefore denied as moot.

**SO ORDERED** this  9th  day of June, 2014.

                                              s/ William C. Griesbach
                                              William C. Griesbach, Chief Judge
                                              United States District Court